# UNITED STATES DISTRICT COURT
для the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Clifford James Meteer<br><br>_____<br>Defendant | )<br>)  Case: 1:21-mj-00553<br>)  Assigned to: Judge Faruqui, Zia M.<br>)  Assign Date: 8/4/2021<br>)  Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    Clifford James Meteer                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(A) - Entering and Remaining on the Floor of Congress;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 08/04/2021                                                     2021.08.04 20:04:34 -04'00'
_____
*Issuing officer's signature*

City and state:   Washington, D.C.              Zia M. Faruqui, U.S. Magistrate Judge
                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/9/2021, and the person was arrested on *(date)* 8/10/2021
at *(city and state)* Knoxville, TN.

Date: 8/10/2021

_____
*Arresting officer's signature*

RICHARD A. SMITH - FBI SPECIAL AGENT
*Printed name and title*