UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | NO. 1:21CR630-001 |
| | ) | JUDGE NICHOLS |
| CLIFFORD JAMES METEER | ) | |
| | ) | |
| Defendant. | ) | |

## SENTENCING MEMORANDUM

Comes the defendant, Clifford James Meteer, and files this Sentencing Memorandum, reflecting his position with respect to a sentence that is sufficient but not greater than necessary to achieve the sentencing purposes set forth in 18 U.S.C. §3553(a). Mr. Meteer would respectfully request a sentence of a reasonable period of probation and $500 restitution. The following is offered in support of such request:

## THE NATURE AND CIRCUMSTANCES OF THE OFFENSE:

On January 5th, 2021, Cliff Meteer drove from Knoxville, TN to Washington D.C. to protest what he believed to be irregularities in the November 2020 election. Allegations of fraud and irregularities had been swirling since the election and Mr. Meteer had gotten caught up in these stories. Specifically, he struggled with the notion that a record-breaking vote turn out occurred during the middle of a global pandemic. He also bought into the idea that the lawsuits challenging the results were dismissed on procedural grounds instead of on their merit or lack thereof. When the *Save America Rally* was announced, Mr. Meteer made plans to

1

attend and exercise his constitutional right to protest.  With the full anticipation of going to an election protest rally, Mr. Meteer made a sign with the "Save the Republic" on one side and "Stop the Steal" on the other.  With sign in hand and wearing jeans and a sport coat, he made his way to the rally on the morning of January 6th.

The speakers at the rally reenforced the concerns about voter fraud and "rigged" elections.  One after another, speaker after speaker, the crowd was being worked into a frenzy by some of the highest level of political leaders in the legislative and executive branches.  By the time the then President Trump took the stage the crowd was at a tipping point.  At the president's direction the rally crowd was told to march to the capital and "We fight like hell and if you don't fight like Hell, you're not going to have a country anymore…."  At this point many rally goers had already started walking to the capital building.

Mr. Meteer followed the crowd marching to the capital with his sign.  As noted in the presentence report (doc. 28 paragraph 20).  Mr. Meteer entered the capital through the Senate Wing door at 2:24. This was approximately 11 minutes after the door was breached by others involved in the riot.  By the time Mr. Meteer entered the capital all the active destruction of the entrance was completed by others, this is not to say that Mr. Meteer did not witness the results of the breach (broken glass etc.) however he was not directly involved in the destruction of property.  Mr. Meteer made his way throughout the capital with the crowd around him.  He was not personally involved, nor did he witness firsthand the vandalism that allowed for the crowd to enter the capital.   After approximately 30 minutes of walking around inside the capital, Mr. Meteer was instructed by law enforcement to exit the capital.  He fully complied with the officers' instructions and left the capital and the capital grounds without incident.

Mr. Meteer takes full responsibility for his actions on January 6th. He regrets that he allowed himself to get caught up in the moment and step over the line between legal protest and illegal demonstration. Additionally, he regrets comments he made in the aftermath of the riot both on his Facebook page and local media. While he still holds certain beliefs about the results of the election, he fully understands and appreciates the difference between protected freedom of speech and protest and the illegal actions of entering a restricted area. He respectfully asks this court for the opportunity to show that he can be a successful probationer out of this court and is confident that conduct like this will not happen again.

**HISTORY AND CHARCATERISTICS OF CLIFFORD JAMES METEER:**

Clifford Meteer was born to the union of Emerson and Eileen Meteer. The family lived near Niagara Falls, where Emerson owned a body paint shop and Eileen was a stay-at-home mother to Clifford and his younger sister, Marie. Clifford's mother and father are both deceased; his sister, Marie, resides in Massachusetts. Mr. Meteer has worked his whole life. From helping his dad, as a young kid in his father's body shop, to the handy man work he still does today at age 67.

Mr. Meteer spent his young adult years attending college and traveling the country. After some time at Buffalo State College, he moved to California and onto Alaska, where he lived for nearly 17 years. Mr. Meteer's mother, Eileen became ill and he returned to live near his parents, at which time he met and feel in love with his previous wife, Barbara Stephens. Despite not having a college degree, Mr. Meteer worked for IBM as a security engineer contractor and provided a stable, loving home for his wife and family. Barbara had four children, when she and Mr. Meteer married, and they later had a daughter together. Stephanie

Meteer is 26 and a student living in Vermont. Despite later divorcing, Mr. Meteer continues a cordial relationship with Barbara and the children.

Around 2018, Mr. Meteer moved to Ohio and later met his current partner, Holle Haussener. Cliff and Holle, a homemaker, have been in a long-term relationship and Holle remains very supportive.

Mr. Meteer is a healthy male who does not abuse drugs or alcohol. Prior criminal occurrences appear situational, in that Mr. Meteer was going through a painful divorce and felt distraught, leading him to an emotional response. This event was in 2012 and, aside from a driving violation, Mr. Meteer has not broken the law.

Mr. Meteer has lived a stable, supportive, responsible, and productive life. He is a good father, brother, partner, and citizen. Many people who know Cliff are very surprised by these charges and this offense appears to be a breakdown in what should be regarded as a law abiding and fruitful life. He is certain that this type of behavior will not occur again.

**CONCLUSION:**

Based on the above a sentence of probation and $500 in restitution would be sufficient but not greater than necessary to achieve the sentencing purposes set forth in 18 U.S.C. §3553(a).

RESPECTFULLY SUBMITTED:

FEDERAL DEFENDER SERVICES OF
EASTERN TENNESSEE, INC.

BY:   s/*Benjamin G. Sharp*

                        Benjamin G. Sharp
                        VSB No. 47398
                        Federal Defender Services,
                        800 S. Gay St.
                        Suite 2400
                        Knoxville, TN 37929

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                        s/*Benjamin G. Sharp*