**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 21-cr-630 (CJN)** |
| **v.** | : | |
| | : | |
| **CLIFFORD JAMES METEER,** | : | |
| | : | |
| **Defendant.** | : | |

**THE UNITED STATES' MOTION TO DISMSS, WITH PREJUDICE, COUNTS**
**ONE, TWO AND THREE OF INFORMATION**

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, respectfully submits this Motion to Dismiss, With Prejudice, Counts One,

Two, and Three of Information and states as follows:

1.      On October 15, 2021, Defendant Clifford James Meteer (Defendant) was charged

by four-count Information with 18 U.S.C. §§ 1752(a)(1) and (2) and 40 U.S.C. §§ 5104(e)(2)(D)

and (G).

2.      On January 13, 2022, Defendant pleaded guilty to Count Four of the Information,

charging him with a violation of 40 U.S.C.  § 5104(e)(2)(G), Parading, Demonstrating, or

Picketing in a Capitol Building.

3.      On April 21, 2022, this Court sentenced Defendant on Count Four of the

Information.

4.      The United States now moves to dismiss, with prejudice, Counts One, Two, and

Three of the Information.

WHEREFORE, for the foregoing reasons, the United States requests the Court to grant its

Motion to Dismiss, With Prejudice, Counts One, Two, and Three of Information.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DC Bar No. 481052

By:    /s/ Anthony L. Franks
       ANTHONY L. FRANKS
       Missouri Bar No. 50217MO
       Assistant United States Attorney
       Detailee – Federal Major Crimes
       United States Attorney's Office
       for the District of Columbia
       Telephone No. (314) 539-3995
       anthony.franks@usdoj.gov