## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 21-cr-630 (CJN) |
| v. : | |
| : | |
| **CLIFFORD JAMES METEER,** : | |
| : | |
| **Defendant.** : | |

### ORDER

Upon consideration of the United States' Motion to Dismiss, With Prejudice, Counts One, Two, and Three of Information, it is hereby ORDERED, that the motion is GRANTED.

Date:

_____
THE HONORABLE CARL J. NICHOLS
UNITED STATES CHIEF DISTRICT JUDGE

1